DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ 85064
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| GHEYASI, AHMAD ABDUL | ) | CASE NO. 2-07-bk-04022-SSC |
| GHEYASI, ZARGHUNA S., | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

DAVID M. REAVES, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 2 | B-Real, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>Acct. No. 9376 | $1.42 |
| 4 | B-Real, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>Acct. No. 2267 | $1.42 |
| 6 | B-Real, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>Acct. No. 5354 | $1.42 |

*February 10, 2010*                                  */s/ David M. Reaves*
DATE                                                        David M. Reaves, Trustee